UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| KENNETH A. JONES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6: 22-130-DCR |
| ) | |
| v. ) | |
| ) | |
| LT. HURLEY and J. HUTSON, ) | **JUDGMENT** |
| ) | |
| Defendants. ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Kenneth Jones's Complaint [Record No. 1] is **DISMISSED WITH PREJUDICE**;

2. Judgment is **ENTERED** in favor of the Defendants with respect to the claims asserted in this proceeding; and

3. This is a **FINAL AND APPEALABLE** Judgment and there is no just cause for delay.

Dated: February 1, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky